UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
In re:                                                         :
                                                               :  Misc. No.
                                                               :
The Application of Barthélémy Samuel Jean Dessaint             :  **ORDER TO SHOW CAUSE**
for an Order Pursuant to 28 U.S.C. § 1782                      :  **GRANTING APPLICATION FOR**
Compelling the Production of                                   :  **AN ORDER PURSUANT TO 28**
Documents and Testimony by                                     :  **U.S.C. § 1782**
Christie's, Inc.                                               :
                                                               :
-------------------------------------------------------------- X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/21/13

13 MISC 0099

Upon the annexed declaration of Guillaume Buge, sworn to on March 18, 2013, the exhibits attached thereto, and the memorandum of law in support of this Application pursuant to 28 U.S.C. § 1782, it is hereby

ORDERED that Christie's, Inc. ("Christie's"), Karen Gray, Esq., counsel for Christie's, and Brooke Lampley, Senior Vice-President and Head of the New York Impressionist and Modern Department of Christie's, show cause before this Court, in Courtroom 18-B of the United States Courthouse, 500 Pearl Street, New York, New York, on the 27th day of March, 2013, at 3:30 p.m., or as soon thereafter as counsel may be heard, why the proposed order attached herewith should not be entered pursuant to 28 U.S.C. § 1782; and

IT IS FURTHER ORDERED that it shall be deemed good and sufficient service if copies of this Order to Show Cause Granting Judgment Pursuant to 28 U.S.C. § 1782 and all supporting papers are made by personal delivery upon Christie's, Karen Gray, and Brooke Lampley, at 20 Rockefeller Plaza, New York, New York 10020 on or before the 26th day of March, 2013.

Dated: New York, New York
       March 21, 2013

                                                    _____
                                                              U.S.D.J.

                                                              Part I