UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
In re:                                                        :
                                                              :   Misc. No: 13 Misc. 00099
                                                              :
The Application of Barthélémy Samuel Jean Dessaint            :
for an Order Pursuant to 28 U.S.C. § 1782                     :
Compelling the Production of                                  :
Documents and Testimony by                                    :
Christie's, Inc.                                              :
                                                              :
------------------------------------------------------------- X

## CORRECTED
## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )  ss.:
COUNTY OF NEW YORK   )

Rebecca L. Fine, being duly sworn, deposes and says:

1. I am over 18 years of age and am not a party to this action.

2. I am submitting this corrected affidavit because I learned this morning that an overnight delivery to Mr. Cahill had inadvertently been sent to Cahill Gordon & Reindel LLP ("Cahill Gordon"). The unopened package was retrieved from Cahill Gordon's offices and Mr. Thomas Martecchini, a paralegal in my office, hand-delivered it to Mr. Cahill at 12:30pm EST today.

3. On January 7, 2013, I served a true copy of:

   - *Memorandum of Law in Opposition to Motion to Vacate the March 26, 2013 Order Issued in Connection with the Application Pursuant to 28 U.S.C. § 1782;* dated January 7, 2013,
   - *Declaration Of Matthew A. Katz;* dated January 7, 2013, with Exhibits 1 – 5 thereto; and
   - *Declaration Of Guillaume Buge;* dated January 7, 2013, with Exhibits A – E thereto.

   via electronic mail to the following:

| | |
|---|---|
| John Cahill, Esq.<br>Paul Cossu, Esq.<br>Cahill Partners LLP<br>70 West 40th Street<br>New York, NY 10018<br>jcahill@cahilllawfirm.com<br>pcossu@cahilllawfirm.com | Caroline Moustakis, Esq.<br>Christie's Inc.<br>20 Rockefeller Plaza<br>New York, New York 10020<br>CMoustakis@christies.com |

at 5:24pm EST.

4.  In addition, on January 7, 2013, I served a true and correct copy of the documents set forth in paragraph 2 above by Federal Express overnight delivery to:

>   Caroline Moustakis, Esq.
>   Christie's Inc.
>   20 Rockefeller Plaza
>   New York, New York 10020
>   CMoustakis@christies.com

by depositing a true and accurate copy of the same enclosed in a properly addressed envelope into the custody of the overnight delivery service.

_____
Rebecca L. Pine

8th day of January, 2014

_____
Notary Public

EMILY POLER
Notary Public, State of New York
No. 02PO6108038
Qualified in Kings County
Commission Exp. April 12, 2016